John W. Schilt  (SBN 221186)
TENAX Law Group, P.C.
145 Park Place, Suite A
Richmond, California  94801
Telephone: (510) 234-2808
Facsimile:  (510) 234-6009
Email:  johnschilt@tenaxlawgroup.com

Attorneys for Plaintiff RECYCLE FOR CHANGE


MICHAEL S. LAWSON (SBN 048172)
City Attorney
RAFAEL E. ALVARADO JR. (SBN 247904)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660

Attorneys for Defendant CITY OF HAYWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| RECYCLE FOR CHANGE, | Case No.:  3:15-cv-05092-WHO |
| Plaintiff, | Judge:  Hon. William H. Orrick, III |
| v. | **ORDER STAYING PROCEEDINGS PENDING APPEAL IN RELATED CASE** |
| CITY OF HAYWARD, a California Municipal Corporation, | |
| Defendant. | |

**ORDER STAYING PROCEEDINGS PENDING APPEAL IN RELATED CASE**
Case No. 3:15-cv-05092

**ORDER**

**TO STAY PROCEEDINGS PENDING APPEAL**

Plaintiff RECYCLE FOR CHANGE ("Plaintiff") and Defendant CITY OF HAYWARD ("Defendant"), through their respective counsel, have stipulated to stay proceedings in this case pending Plaintiff's appeal to the Ninth Circuit Court of Appeals, in the related case of *Recycle for Change v. City of Oakland*, Case No. 3:15-cv-05093-WHO of an Order denying Plaintiff's Motion for Preliminary Injunction in that case (**Dkt. 44**).

Good cause is found for the requested stay because this case was previously deemed a related case to *Recycle for Change v. City of Oakland*.  There are common issues of law between the two cases, and the Ninth Circuit Court of Appeals' ruling on Plaintiff's pending appeal is likely to be significant to this case.  A stay in this case will be an efficient use of the time and resources of the parties and of the Court.

THEREFORE, IT IS HEREBY ORDERED that this matter is STAYED pending resolution of Plaintiff's appeal in *Recycle for Change v. City of Oakland*, No. 16-15295, or further order of this Court.

IT IS SO ORDERED.

Dated: April 1, 2016

_____
Hon. William J. Orrick
District Court Judge