UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECYCLE FOR CHANGE,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF HAYWARD,<br>　　　　Defendant. | Case No. 15-cv-05092-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 24 |

　　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 22, 2018

_____
WILLIAM H. ORRICK
United States District Judge